IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION



DELIA ANDREWS; JOHN BONNER, JR. and
BESSIE BONNER; MARGIE BOWLING;
BARBARA BOYD; AND
OTHER PLAINTIFFS INDENTIFIED IN
EXHIBIT "A" ATTACHED HERETO AND
INCORPORATED FULLY HEREIN         PLAINTIFFS

v.                                CIVIL ACTION NO. 2:04cv331LTS-JMR

AMERICAN GENERAL FINANCE, INC.;
AMERICAN GENERAL FINANCE, INC.,
OF MISSISSIPPI; CREDIT CENTERS, INC.,
d/b/a AMERICAN GENERAL FINANCE, INC.;
MERIT LIFE INSURANCE COMPANY;
YOSEMITE INSURANCE COMPANY;
And Fictitious Defendants "A", "B", and "C",
whether singular or plural, those other persons,
corporations, firms, or other entities whose
wrongful conduct caused the injuries and damages
to the Plaintiff, all of whose true and correct names
are unknown to Plaintiffs at this time, but will
be substituted by amendment when ascertained    DEFENDANTS

### AGREED ORDER OF DISMISSAL AS TO FEWER THAN ALL THE PARTIES

CAME BEFORE THE COURT FOR HEARING the *ore tenus* motion of Plaintiffs, agreed to by Defendants American General Financial Services, Inc., formerly known as American General Finance, Inc., a Delaware corporation, on its own behalf and as successor to American General Finance, Inc., a Mississippi corporation, Merit Life Insurance Company, and Yosemite Insurance Company (collectively "Defendants"), to dismiss the claims of Plaintiffs Margie Bowling, Melissa Brown, James Hare, Rose Harper, Helen Owens, Antwine Thames and Willie Thornton without prejudice. This Court has considered the pleadings and other filings in this matter, as well as the fact that

this is an Agreed Order. This Court FINDS that Plaintiffs' *ore tenus* motion is well-taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, it is hereby ORDERED and ADJUDGED, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, et. seq. as well as Fed. R. Civ. P. 41(a)(2) & 65 and other applicable law, that:

(1) Should Plaintiffs: Margie Bowling; Melissa Brown; James Hare; Rose Harper; Helen Owens; Antwine Thames; and Willie Thornton desire to pursue any claims against Defendants or their respective current or former employees, officers, agents or affiliates, said Plaintiffs are ENJOINED to respectively do so solely in the course of separate arbitration proceedings in full accordance with the terms of the applicable contractual arbitration provisions in the Parties' agreements;

(2) All Plaintiffs: Margie Bowling; Melissa Brown; James Hare; Rose Harper; Helen Owens; Antwine Thames; and Willie Thornton's claims herein against all Defendants are DISMISSED WITHOUT PREJUDICE;

(3) Plaintiffs: Margie Bowling; Melissa Brown; James Hare; Rose Harper; Helen Owens; Antwine Thames; and Willie Thornton are DISMISSED as Parties from this Action;

(4) This Court maintains jurisdiction over the claims and Parties dismissed by this Order for the sole purpose of enforcing the terms and conditions set forth herein; and

(5) Pursuant to Fed. R. Civ. P. 54(b), the Court makes an express determination that there is no just reason for delay and upon its express direction hereby directs that this Agreed Order of Dismissal Without Prejudice as to Fewer than All the Parties is FINAL as to all claims and Parties dismissed by this Judgment.

SO ORDERED, this the 4th day of January, 2006.

_____
U.S. MAGISTRATE JUDGE

AGREED:


s/Roman A. Shaul
Roman A. Shaul (MSB #99873)
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103

ATTORNEYS FOR PLAINTIFFS


s/ E. Barney Robinson III
E. Barney Robinson III (MSB #9432)
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, AmSouth Plaza
Post Office Box 22567
Jackson, Mississippi 39225-2567
(P)(601) 948-5711
(F)(601) 985-4500
(E) barney.robinson@butlersnow.com

Robert D. Gholson (MSB #4811)
BURR & FORMAN, PLLC
535 North 5th Avenue
Laurel, MS 39441-6523
(T) (601) 425-0400
(F) (601) 649-0088
(E) rgholson@burr.com

ATTORNEYS FOR DEFENDANTS AMERICAN GENERAL FINANCIAL SERVICES, INC., formerly known as AMERICAN GENERAL FINANCE, INC., A DELAWARE CORPORATION, on its own behalf and as successor to AMERICAN GENERAL FINANCE, INC., a Mississippi corporation, MERIT LIFE INSURANCE CO., and YOSEMITE INSURANCE COMPANY